Dismissed and Memorandum Opinion filed May 20, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-01084-CV

____________

 

THOMAS J. WILKER, Appellant

 

V.

 

CONOCOPHILLIPS COMPANY, Appellee

 



 

On Appeal from the
 11th District Court 

Harris County,
Texas

Trial Court Cause
No. 2007-31643

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 28, 2009.  On February 4, 2010, the
court referred this case to mediation.  On May 7, 2010, the parties filed a
joint motion to dismiss the appeal because all issues have been settled.  See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.